IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-765-GCM

| EDWARD D. GARRETT and | ) |
| JO ANN GARRETT, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| MD REHAB, LLC, *et al*, | ) |
| Defendants. | ) |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **Corey M. Weideman** filed November 14, 2016 [Doc. # 10].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the Motion.

In accordance with Local Rule 83.1, Mr. Weideman is admitted to appear before this court *pro hac vice* on behalf of Defendants.

**IT IS SO ORDERED.**

Signed: November 15, 2016

Graham C. Mullen
United States District Judge